No. 01–9900.  KOCH v. POTTER, POSTMASTER GENERAL.  C. A. 8th Cir.  Certiorari denied.

No. 01–9906.  STEINBRECHER v. STEINBRECHER ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 01–9908.  BURL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–9909.  DUNCAN v. POTTER, POSTMASTER GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 01–9919.  McDUFFIE ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–9939.  BELKNAP v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 01–9969.  MUNDA v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–9972.  VERA v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–10003.  BAILEY v. LANE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 01–10006.  JACKSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–10013.  BLACKBURN v. ASHCROFT, ATTORNEY GENERAL, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–10016.  BAD WOUND v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 01–10021.  ROSARIO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 01–10029.  PELAYO-JIMINEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.